APRIL 18, 1945

**No. 50139.—**SUIT 4481.—

—*United States* v. *Alfred Dunhill of London, Inc.* Reap. Dec. 5991 affirmed March 5, 1945. C. A. D. 305.

APRIL 19, 1945

**No. 50140.—**SUIT 4483.—

.—*Corporacion Argentina de Productores de Carnes* v. *United States.* C. D. 840 reversed March 5, 1945. C. A. D. 304.

APRIL 23, 1945

**No. 50141.—**SUIT 4501.— —*Crosse & Blackwell Co., Inc.* v. *United States.* C. D. 890. (Appeal dismissed March 5, 1945.)

BEFORE THE SECOND DIVISION, APRIL 26, 1945

**No. 50142.—**Protest 77222–K of Nippon Dry Goods Co. (San Francisco).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that passed upon in *United States* v. *Nippon Import & Trading Co.* (30 C. C. P. A. 89, C. A. D. 220), the claim at 35 percent under paragraph 921 was sustained.

BEFORE THE THIRD DIVISION, APRIL 26, 1945

**No. 50143.—**Protests 31397–K, etc., of Continental Ceramics Corp. et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise in question is similar in all material respects to that the subject of *Copeland & Thompson* v. *United States* (12 Cust. Ct. 85, C. D. 833). In accordance therewith the protests were sustained as claimed.